UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

EDWIN WILLIAM SUAREZ,

        Plaintiff,

v.

**JUDGMENT**

No. 5:16-CV-415-FL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 28, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on August 28, 2017, and Copies To:**

Edwin William Suarez (via U.S. Mail at 396 Azalea Drive, Spring Lake, NC 28390)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

August 28, 2017                                PETER A. MOORE, JR., CLERK
                                                    /s/ Susan W. Tripp
                                                    (By) Susan W. Tripp, Deputy Clerk